| 1. Person Reporting (last name, first, middle initial)<br><br>Moore, Kimberly A. | 2. Court or Organization<br><br>Federal Circuit | 3. Date of Report<br><br>04/10/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>United States Court of Appeals for the Federal Circuit<br>717 Madison Place, NW<br>Washington, DC 20439 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Kimberly A. | 04/10/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | attorney, self-employed, partner |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Duke University | 02/12/2016-02/12/2016 | Durham, NC | Activity of professional association | Transportation and meal |
| 2. | International Trademark Association | 05/21/2016-05/24/2016 | Orlando, FL | Activity of professional association | Transportation, meals and lodging |
| 3. | Boston Patent Law Association | 06/01/2016-06/02/2016 | Boston, MA | Activity of professional association | Transportation, meals and lodging |
| 4. | State Bar of Georgia | 09/16/2016-09/18/2016 | Amelia Island, FL | Activity of professional associationeducation | Transportation, meals and lodging |
| 5. | Federal Circuit Bar Association | 10/11/2016-10/15/2016 | Paris, France | Activity of professional association | Transportation, meals and lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Kimberly A. | 04/10/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Kimberly A. | 04/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property (2008 $2,211,554.00) (Currituck County, NC) | G | Rent | P1 | Q | | | | | |
| 2. Capital One Bank Accounts | A | Interest | O | T | | | | | |
| 3. Citibank Account | A | Interest | P1 | T | | | | | |
| 4. Northwestern Mutual Life Insurance - Whole Life | B | Dividend | J | T | | | | | |
| 5. Northwestern Mutual Life Insurance - Whole Life | B | Dividend | J | T | | | | | |
| 6. Berkshire Life Insurance - Whole Life | A | Dividend | J | T | | | | | |
| 7. | | | | | | | | | |
| 8. CHARLES SCHWAB ACCOUNTS | | | | | | | | | |
| 9. - Vanguard Developed Markets | A | Dividend | J | T | Buy (add'l) | 01/04/16 | J | | |
| 10. - Vanguard Total Stock Market | D | Dividend | N | T | Buy (add'l) | 01/04/16 | J | | |
| 11. - Morley Stable Value Fund Net 20 | | None | M | T | | | | | |
| 12. - T. Rowe Price Mid-Cap Growth | E | Dividend | N | T | | | | | |
| 13. - Vanguard Instiutional Index I | D | Dividend | N | T | Buy (add'l) | 01/04/16 | J | | |
| 14. - Vanguard Total Bond | D | Interest | N | T | Buy (add'l) | 01/04/16 | J | | |
| 15. | | | | | | | | | |
| 16. VA 529 PLANS (H) | | | | | | | | | |
| 17. - pre Paid | | None | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Kimberly A. | 04/10/2017 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - in Vest 2021 | | None | M | T | Buy (add'l) | 01/13/16 | J | | |
| 19. | | | | | | | | | |
| 20. - in Vest 2015 | | None | N | T | Buy (add'l) | 01/13/16 | J | | |
| 21. | | | | | | | | | |
| 22. - in Vest Stable Value | | None | L | T | Buy (add'l) | 01/13/16 | J | | |
| 23. | | | | | | | | | |
| 24. VANGUARD ACCOUNT (H) | | | | | | | | | |
| 25. - Energy Fund Investor | A | Dividend | K | T | | | | | |
| 26. - Large Cap Index | B | Dividend | M | T | | | | | |
| 27. - Mid Cap Index | B | Dividend | M | T | | | | | |
| 28. - Prime Money Market Fund | A | Dividend | K | T | | | | | |
| 29. - Short Term Bond | A | Dividend | L | T | Buy | 02/01/16 | L | | |
| 30. - Small Cap Index | A | Dividend | L | T | | | | | |
| 31. - Total Bond Market Index | B | Dividend | L | T | Buy | 02/01/16 | L | | |
| 32. - Total Index Intl Stock | C | Dividend | M | T | Buy | 02/01/16 | L | | |
| 33. - Total Stock Market Fund | B | Dividend | M | T | | | | | |
| 34. - Vanguard Energy ETF | B | Dividend | K | T | Buy | 01/27/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Kimberly A. | 04/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - 500 Index Fund | D | Dividend | N | T | Buy (add'l) | 02/01/16 | L | | |
| 36. | | | | | | | | | |
| 37. WELLS FARGO ACCOUNT A (BROKERAGE) | | | | | | | | | |
| 38. - Align Tech | | None | L | T | Buy | 05/26/16 | K | | |
| 39. | | | | | Buy (add'l) | 06/16/16 | L | | |
| 40. - Alphabet Inc. | | | | | Buy | 02/08/16 | M | | |
| 41. | | | | | Sold | 02/09/16 | M | C | |
| 42. - Amerisourcebergen Corp | B | Dividend | | | Sold | 12/15/16 | L | | |
| 43. - Balchem | | None | | | Buy | 02/08/16 | L | | |
| 44. | | | | | Sold | 05/16/16 | L | A | |
| 45. - Bard | A | Dividend | M | T | Buy | 06/24/16 | M | | |
| 46. - Baxalta | A | Dividend | | | Sold | 05/16/16 | L | D | |
| 47. - BJ's Resturant | | | | | Buy | 06/24/16 | K | | |
| 48. | | | | | Sold | 10/21/16 | K | | |
| 49. - Caseys General Store Inc | A | Dividend | | | Sold | 05/25/16 | L | E | |
| 50. - Church & Dwight Inc. | B | Dividend | | | Sold | 04/28/16 | L | C | |
| 51. - Clorox | B | Dividend | M | T | Buy | 06/24/16 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Kimberly A. | 04/10/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 12/15/16 | L | | |
| 53. - Cracker Barrel Old Ctry Store | C | Dividend | M | T | | | | | |
| 54. - CSX Corp. | B | Dividend | L | T | | | | | |
| 55. - CVS Health Corp. | A | Dividend | L | T | | | | | |
| 56. - Danaher Corp. | A | Dividend | L | T | | | | | |
| 57. - Fortive (Spun off from Danaher) | A | Dividend | | | Sold | 10/12/16 | K | B | |
| 58. - Deluxe Corp. | B | Dividend | L | T | Buy (add'l) | 05/11/16 | J | | |
| 59. - Edward Life Sciences | | None | | | Buy | 07/27/16 | M | | |
| 60. | | | | | Sold | 12/15/16 | M | | |
| 61. - Fed Ex | | None | M | T | Buy | 10/12/16 | K | | |
| 62. | | | | | Buy (add'l) | 10/21/16 | L | | |
| 63. | | | | | Buy (add'l) | 12/15/16 | L | | |
| 64. - Fiesta Restaurant | | None | | | Buy | 01/15/16 | K | | |
| 65. | | | | | Sold | 05/10/16 | K | | |
| 66. - Gilead Sciences Inc. | B | Dividend | L | T | Buy (add'l) | 06/24/16 | L | | |
| 67. - HanesBrands Inc. | B | Dividend | M | T | Buy (add'l) | 04/28/16 | L | | |
| 68. - Hershey Company | B | Dividend | M | T | Buy | 01/15/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Kimberly A. | 04/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 02/08/16 | K | | |
| 70. | | | | | Buy (add'l) | 02/09/16 | K | | |
| 71. | | | | | Sold | 07/27/16 | M | E | |
| 72. | | | | | Buy | 10/21/16 | M | | |
| 73.    - INTL Flavor | B | Dividend | L | T | Buy | 02/28/16 | L | | |
| 74.    - Intuitive Surgical | | None | M | T | Buy (add'l) | 06/24/16 | M | | |
| 75.    - JM Smucker | B | Dividend | M | T | Buy (add'l) | 06/24/16 | L | | |
| 76.    - McDonalds | C | Dividend | M | T | Buy | 02/08/16 | L | | |
| 77. | | | | | Buy (add'l) | 02/09/16 | K | | |
| 78. | | | | | Buy (add'l) | 06/24/16 | L | | |
| 79.    - Nike | A | Dividend | L | T | Buy (add'l) | 02/08/16 | J | | |
| 80.    - Norfolk Southern Corp. | B | Dividend | L | T | | | | | |
| 81.    - Pepsico Incorporated | B | Dividend | M | T | Buy (add'l) | 06/24/16 | L | | |
| 82.    - Reynolds American Inc. | B | Dividend | | | Sold | 10/21/16 | L | D | |
| 83.    - Stericycle Inc. | | None | K | T | | | | | |
| 84.    - Stryker | B | Dividend | M | T | Buy | 01/15/16 | K | | |
| 85. | | | | | Buy (add'l) | 02/08/16 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Kimberly A. | 04/10/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 02/09/16 | K | | |
| 87. - Texas Roadhouse | B | Dividend | L | T | Buy | 01/15/16 | K | | |
| 88. | | | | | Buy (add'l) | 02/08/16 | K | | |
| 89. | | | | | Buy (add'l) | 04/28/16 | K | | |
| 90. - Therapeutics MD Inc. | | None | L | T | Buy (add'l) | 05/26/16 | K | | |
| 91. - Tompkins Financial Corp. | A | Dividend | | | Sold | 04/28/16 | L | D | |
| 92. - Tractor Supply Company | A | Dividend | M | T | Buy (add'l) | 12/15/16 | L | | |
| 93. - Visa | A | Dividend | M | T | Buy | 02/08/16 | L | | |
| 94. | | | | | Buy (add'l) | 02/09/16 | K | | |
| 95. | | | | | Buy (add'l) | 06/24/16 | L | | |
| 96. | | | | | | | | | |
| 97. WELLS FARGO ACCOUNT B (IRA) | | | | | | | | | |
| 98. - Anheuser Bush - Corp. Bond | C | Interest | K | T | | | | | |
| 99. - Bard | A | Dividend | L | T | Buy | 07/28/16 | L | | |
| 100. - Church & Dwight Inc. | A | Dividend | | | Sold | 04/28/16 | L | D | |
| 101. - CSX Corp. | B | Dividend | L | T | | | | | |
| 102. - Danaher | A | Dividend | K | T | Buy | 02/08/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Kimberly A. | 04/10/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 03/03/16 | K | | |
| 104.  - Deluxe Corp. | B | Dividend | L | T | | | | | |
| 105.  - Diamond Foods Inc. | | None | | | Sold | 03/03/16 | K | | |
| 106.  - Fed Ex | A | Dividend | J | T | Buy | 10/12/16 | J | | |
| 107.  - Fortive | | None | | | Buy | 02/08/16 | J | | |
| 108. | | | | | Buy (add'l) | 03/03/16 | J | | |
| 109. | | | | | Sold | 10/12/16 | J | B | |
| 110.  - Gilead Science | B | Dividend | K | T | | | | | |
| 111.  - Ingersoll Rand - Foreign Bond | C | Interest | L | T | | | | | |
| 112.  - Intl Flavor & Fragrances | | None | K | T | Buy | 03/03/16 | K | | |
| 113.  - Intuitive Surgical | | None | L | T | | | | | |
| 114.  - J & J Snack Foods | | None | | | Buy | 04/28/16 | L | | |
| 115. | | | | | Sold | 07/27/16 | L | E | |
| 116.  - JM Smuckers | B | Dividend | L | T | | | | | |
| 117.  - Panera Bread | | None | L | T | Buy | 09/02/16 | L | | |
| 118.  - Stericycle | | None | K | T | | | | | |
| 119.  - Tompkins Financial Corp. | A | Dividend | L | T | Buy | 03/13/15 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Kimberly A. | 04/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold | 04/28/16 | L | D | |
| 121.  - Tractor Supply | A | Dividend | L | T | Buy | 04/28/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Kimberly A. | 04/10/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 1 - The appraisal date is 11/30/2016.

Lines 18, 20, and 22 changed names in 2016. Line 18 is now in Vest 2021, it was formally called in Vest Chesapeake. Line 20 is now in Vest 2015, it was formally called in Vest Southside. Line 22 is now in Vest Stable Value, it was formally called in Vest Piedmont.

Line 34 was inadvertently omitted in the 2015 Financial Disclosure Report. Please accept this asset for the year 2015 and 2016.

Line 75 is updated to correct a typo. In the 2015 report, line 53 listed J&J Smucker. The correct name is JM Smucker. Please accept for 2015 & 2016.

Line 118 was inadvertently omitted in the 2015 Financial Disclosure Report. Please accept this asset for the year 2015 and 2016.

Lines 119 and 120 was inadvertently omitted in the 2015 Financial Disclosure Report. Please accept this assest for the year 2015 and 2016.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kimberly A. Moore**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544